# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ESPOSITO,              )   |   |
|      Plaintiff,                )   |   |
|                                )   |   |
| v.                             )   | CIVIL ACTION No. 24-00266-KD-B |
|                                )   |   |
| KIMBERLY NEUNER,               )   |   |
|      Defendant.                )   |   |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 16, 2025 (Doc. 10) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE** this **12th** day of **February**, **2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**