**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MICHAEL ESPOSITO,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 24-00266-KD-B |
| | ) |
| **KIMBERLY NEUNER,** | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE** this **12th** day of **February**, **2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**